## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGANS

| | | |
|---|---|---|
| NGUYEN NHU TRAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  25-CV-01626 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Trans Union, LLC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE REMOTELY

COME NOW, Plaintiff, Nguyen Nhu Tran and Defendants Experian Information Solutions, Inc and Equifax Information Services, LLC and request the settlement conference be conducted remotely, in support the parties state:

1.  The Court ordered a settlement conference to be conducted on May 27, 2026 at 10:30am. (Doc. 20).

2.  The parties counsel and Defendant's representatives are located are locates out of state and would request the settlement conference be conducted remotely.

3.  The parties counsel have conducted numerous settlement conferences before remotely on other matters and found them much more cost-efficient and productive.

WHEREFORE, the parties request the Court grant his motion and conduct the settlement conference remotely.

By:   /s/ Matthew P. Cook
        Cook Law, LLC
        Matthew P. Cook #6330871 IL
        Attorney for Plaintiff
        2885 Sanford Ave SW #42270
        Grandville, MI 49418
        Phone:  314-200-5536
        Email:  Cookmp21@yahoo.com

*Attorney for Plaintiff*


/s/ Jennifer K. Meer
Jennifer K. Meer (P87966)
**Jones Day**
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
Phone: (313) 230-7957
jmeer@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*


/s/ Heather H. Sharp
Heather H. Sharp
hsharp@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*


### Certificate of Service

    The undersigned certifies that a true copy of the foregoing were sent to the Court's electronic filing system on the 20th day of April, 2026 and was accordingly electronically served to all appropriate parties.


    /s/ Matthew P. Cook, Esq.