UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NGUYEN NHU TRAN,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.  , et al.,

      Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-01626-PLM-PJG

## ORDER

This matter is before the Court on the parties' joint motion for leave to appear remotely for the May 27, 2026, settlement conference.  (ECF No. 22).  The Court being fully advised in the premises, the motion will be **GRANTED**.  Accordingly,

**IT IS ORDERED** that the Settlement Conference set for May 27, 2026, will be conducted by video.  The Court will file separately a zoom link for all parties to use for the settlement conference.

**IT IS SO ORDERED**.

Date: April 22, 2026

        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge