UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NGUYEN NHU TRAN,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

        Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:25-cv-01626-PLM-PJG

## NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE

The Settlement Conference set in this matter for May 27, 2026, is rescheduled to **June 10, 2026, at 10:30 a.m.** with Magistrate Judge Phillip J. Green, by video.  In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Case Management Order entered on March 19, 2026 (ECF No. 20) remains in effect.  The confidential letters will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.  The zoom link previously provided will be used for the rescheduled conference.

PHILLIP J. GREEN
United States Magistrate Judge

Date: May 15, 2026

   /s/ Jessica K. Wright
By:  Jessica K. Wright, Deputy Clerk