UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NGUYEN NHU TRAN,

     Plaintiff,

                            Case No. 1:25-cv-1626

v.

                            HONORABLE PAUL L. MALONEY

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

     Defendants.

_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 31) of the agreement between Plaintiff and Defendant Experian Information Solutions, Inc. to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents as to Defendant Experian Information Solutions, Inc. shall be filed with the Court no later than **July 15, 2026**.

Dated:  May 18, 2026                    /s/  Paul L. Maloney_____
                                       Paul L. Maloney
                                       United States District Judge