UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NGUYEN NHU TRAN,

       Plaintiff,                        Case No. 1:25–cv–01626–PLM–PJG

     v.                              Hon. Paul L. Maloney

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

       Defendants.
_____/


## NOTICE OF HEARING CANCELLATION


     The Settlement Conference set in this matter for **June 10, 2026** is hereby **adjourned without date.**


                          U.S. Magistrate Judge

Dated:  May 19, 2026       By:   /s/ Jessica K. Wright_____
                                    Judicial Assistant