**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGANS**

NGUYEN TRAN,                            )
                                       )    Case No.:   1:25-cv-01626 PLM PJG
          Plaintiff,                   )
                                       )
v.                                     )
                                       )
EXPERIAN INFORMATION                   )
SOLUTIONS, INC., et al                 )
                                       )
          Defendants.                  )
                                       )

### STIPULATION OF DISMISSAL ONLY AGAINST EXPERIAN

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) Plaintiff, Nguyen Tran and Defendant Experian

Information Solutions, Inc stipulate to the dismissal of this action with prejudice against Experian.

Each party to bear their own costs and attorneys' fees incurred herein.   The case remains against

Equifax.

By:   /s/ Matthew P. Cook
          Cook Law, LLC
          Matthew P. Cook #6330871 IL
          Attorney for Plaintiff
          2885 Sanford Ave SW #42270
          Grandville, MI 49418
          Phone:  314-200-5536
          Email:  Cookmp21@yahoo.com

          *Attorney for Plaintiff*

          */s/ Jennifer K. Meer*
          Jennifer K. Meer (P87966)
          jmeer@jonesday.com
          JONES DAY
          150 West Jefferson
          Suite 2100
          Detroit, MI  48226.4438
          Telephone:     +1.313.230.7957

          *Attorney for Experian Information Solutions, Inc.*

**<u>Certificate of Service</u>**

      The undersigned certifies that a true copy of the foregoing were sent to the Court's electronic filing system on the 22nd day of June, 2026 and was accordingly electronically served to all appropriate parties.

                                   <u>  /s/ Matthew P. Cook, Esq.   </u>