UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NGUYEN NHU TRAN,

     Plaintiff,

                                     Case No. 1:25-cv-1626

v.

                                     HONORABLE PAUL L. MALONEY

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

     Defendants.

_____/

## **ORDER**

Pending before the Court is a stipulation between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") for dismissal of the claims against Experian (ECF No. 34).  Upon due consideration of the stipulation,

**IT IS HEREBY ORDERED** that the stipulation for dismissal of the claims against Experian (ECF No. 34) is APPROVED.

**IT IS FURTHER ORDERED** that the motion to stay proceedings and compel arbitration (ECF No. 26) filed by Experian is DISMISSED AS MOOT.

Dated:  June 23, 2026                                _/s/ Paul L. Maloney_____
                                                Paul L. Maloney
                                              United States District Judge